No. 89–7031.  LIBERMAN *v.* INTERNAL REVENUE SERVICE. C. A. 2d Cir.  Certiorari denied.

No. 89–7045.  HINES, AKA MURRAY *v.* SHANNON.  C. A. 1st Cir.  Certiorari denied.

No. 89–7049.  GEBREAMLAK *v.* VASQUEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 89–7053.  STRABLE *v.* SOUTH CAROLINA ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 89–7057.  FLANAGAN *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 89–7058.  CROSBY *v.* MCMACKIN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 89–7060.  DOBRANSKI *v.* KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 89–7061.  HICKS *v.* ILLINOIS.  Sup. Ct. Ill.  Certiorari denied.

No. 89–7076.  MCGATHA *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 89–7083.  RENEER *v.* DUNN ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 89–7097.  MONTGOMERY *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 89–7114.  MARANDOLA *v.* NEW JERSEY.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 89–7116.  SHARIF *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 89–7117.  BAASCH *v.* UNITED STATES ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 89–7124.  WEST *v.* MORGENTHAU, DISTRICT ATTORNEY FOR NEW YORK CITY.  C. A. 2d Cir.  Certiorari denied.

No. 89–7129.  HAWK-BEY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.